UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
   :
SENSIS, INC.,   :
   :
   :  **ORDER CLOSING THE CASE**
                  Plaintiff,   :
     -against-   :  21 Civ. 796 (AKH)
   :
KENNETH MOADEL and LASIK   :
MANAGEMENT MANHATTAN, LLC,   :
   :
   :
                 Defendants.   :
   :
   :
   :
-------------------------------------------------------------- x
ALVIN K. HELLERSTEIN, U.S.D.J.:

       No reply having been given to the Court's order to show cause (ECF No. 8), the Clerk shall mark this case closed. The parties may file to reopen the litigation within thirty days of this order.

       SO ORDERED.

Dated:      March 13, 2024                         /s/ Alvin K. Hellerstein
             New York, New York              ALVIN K. HELLERSTEIN
                                                               United States District Judge